# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**HEATHER FABRIZIO,**

    Plaintiff,              **CASE NO. 3:17-cv-06323-BRM-TJB**

vs.

**CAPITAL ONE BANK (USA), N.A.,**

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff HEATHER FABRIZIO and Defendant Capital One Bank (USA), N.A., ("Capital One"), notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

    Respectfully submitted the 19 day of January, 2018.

                                           _s/ Daniel G. Ruggiero_
                                           **DANIEL GOLDSMITH RUGGIERO**
                                           275 Grove Street
                                           Suite 2-400
                                           Newton, MA 02466
                                           339-237-0343
                                           Fax: 339-707-2808
                                           Email: druggieroesq@gmail.com
                                           Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 19 day of January, 2018, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

**PHILIP ANDREW GOLDSTEIN**
MCGUIRE WOODS LLP
1345 AVENUE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY 10105-0106
212-548-2167
Email: pagoldstein@mcguirewoods.com
ATTORNEY FOR DEFENDANT

                                                                              By: *s/ Alyson Dykes*
                                                                               Alyson Dykes